UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WILLIAM BALLINGER, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>B & B TRANSPORT, INC.,<br><br>Defendant. | Case No. 1:22-cv-01607-ADA-HBK<br><br>ORDER AMENDING INITIAL CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 20) |

This matter comes before the Court upon the parties' joint stipulated motion to continue class certification and related deadlines filed April 26, 2023. (Doc. No. 20). The parties that explain they have commenced discovery but, after meeting and conferring, would like an opportunity to attend mediation. (Id. at 2). Due to the parties' mediation efforts, they seek to continue the deadlines for discovery and the filing dates related to the motion for certification previously set forth in the Court's March 24, 2023 Initial Case Management and Scheduling Order. (*Id.*). For good cause shown, the Court will grant the parties' request to adjust the previous deadlines and enters this Amended Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4).

Accordingly, the Court the Court GRANTS the parties' joint stipulated motion to continue

class certification and related deadlines (Doc. No. 20).  The following amended deadlines shall govern this putative class action:

I.      **Amended Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Deadline to complete class certification discovery. *See* Fed. R. Civ. P. 37. | 02/05/2024 |
| Deadline to File Class Certification Motion. See Fed. R. Civ. P. 23 | 02/29/2024 |
| Deadline to File Opposition for Class Certification. | 04/29/2024 |
| Deadline to File Reply for Class Certification. | 05/29/2024 |
| Class Certification Hearing Deadline.<br>Before U.S. Magistrate Judge Helena Barch-Kuchta<br>Courtroom 6, Fresno | 07/11/2024 at 1:00 PM |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271.  ***The parties may contact Chambers to arrange a settlement conference.*** | 05/29/2024 |

The parties otherwise remain bound to follow all procedures previously set forth in the Court's March 24, 2023 Initial Case Management and Scheduling Order (Doc. No. 16) as well as any other deadlines set forth therein, except for those explicitly amended by this Order.

Dated:    May 1, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE