AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Bruce Ballinger, an individual, on behalf of himself and others similarly situated, Plaintiff(s),

V.

B&B Transport, Inc.; and DOES 1 through 50, inclusive, Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-01607-HBK

Notice is hereby given that, subject to approval by the court, __B&B Transport, Inc.__ substitutes
(Party (s) Name)

__Christopher I. Cho, and Nalee Xiong__, State Bar No. __313222;334816__ as counsel of record in
(Name of New Attorney)

place of __Lewis Brisbois Bisgaard & Smith LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barber Ranen, LLP |
| Address: | 4695 MacArthur Ct., Suite 900, Newport Beach, CA 92660 |
| Telephone: | (949) 849-5012      Facsimile |
| E-Mail (Optional): | christopher.cho@barberranen.com; nalee.xiong@barberranen.com |

I consent to the above substitution.
Date: 5/18/2023

_[signature]_
Jer Fang, on behalf of B&B Transport, Inc.

I consent to being substituted.
Date: May 19, 2023

_[signature]_
(Signature of Former Attorney (s))
Jana Lubert, on behalf of Lewis Brisbois Bisgaard & Smith

I consent to the above substitution.
Date: 5/19/2023

_[signature]_
Christopher I. Cho   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 22, 2023

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]